UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-cr-00070-AWI |
| Plaintiff, | |
| vs. | **ORDER OF TEMPORARY RELEASE FROM CUSTODY** |
| MIKE EUGENE ELMORE, | |
| Defendant. | |

It is hereby ORDERED that the defendant is temporarily released from custody, as of the date of the signing of this order, due to critical medical reasons, effective ONLY until Friday, August 4, 2006, at 10:30 a.m., at which time he is ordered to personally appear in Dept. 7, before the Honorable Sandra M. Snyder for a Bail Review hearing, unless otherwise unable to do so because, and only because, of his continued hospitalization at University Medical Center (UMC). The Court will at that time address his detention status without his appearance should he be medically precluded from appearing.

///

//

1

/

**NOTE**: The ONLY excuse for the defendant's non-appearance on August 4, 2006, would be due to his continued hospitalization. The Court is making it clear that this release order is temporary, and it should not be assumed that the defendant will be allowed to remain at liberty without further order of the Court.

IT IS SO ORDERED.

**Dated:     July 28, 2006**                   /s/ Sandra M. Snyder
icido3                                     UNITED STATES MAGISTRATE JUDGE