UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:06-cr-00070-AWI |
| Plaintiff, | |
| vs. | **ORDER OF RELEASE FROM CUSTODY** |
| MIKE EUGENE ELMORE, | |
| Defendant. | |

It is hereby ORDERED that the defendant is released from custody, as of the date of the signing of this order, due to critical medical reasons, effective until Friday, August 4, 2006, at 10:30 a.m., at which time he is ORDERED to personally appear for a Bail Review hearing, unless otherwise unable to do so because, and only because, of his continued hospitalization at University Medical Center (UMC), at which time the Court will address his detention status without his appearance.

**NOTE**: The ONLY excuse for the defendant's non-appearance on August 4, 2006, would be due to his continued hospitalization. The Court is making it clear that this release order is temporary, and it should not be assumed that the defendant will

1

be allowed to remain at liberty without further order of the Court.

IT IS SO ORDERED.

**Dated:   July 28, 2006**              /s/ Sandra M. Snyder
icido3                                  UNITED STATES MAGISTRATE JUDGE