```
McGREGOR W. SCOTT
United States Attorney
MARK E. CULLERS
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>MIKE EUGENE ELMORE,<br><br>            Defendant. | CASE NO. 1:06CR0070 AWI<br><br>GOVERNMENT'S MOTION AND ORDER<br>TO DISMISS VIOLATION PETITION |

The United States of America hereby moves to dismiss the Violation Petition in this case as to the above-named defendant with prejudice, due to the death of the defendant.

```
Dated: February 12, 2007              Respectfully submitted,

                                      McGREGOR W. SCOTT
                                      United States Attorney


                                      By /s/
                                        MARK E. CULLERS
                                      Assistant U. S. Attorney
```

1

ORDER TO DISMISS VIOLATION PETITION

Due to the death of the defendant, it is hereby ordered the violation petition be dismissed.

IT IS SO ORDERED.

**Dated:   February 15, 2007**              /s/ Anthony W. Ishii
0m8i78                                    UNITED STATES DISTRICT JUDGE

2